AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Southern District of New York

| | | |
|---|---|---|
| NANETTE LEPORE, NANETTE LEPORE CONSULTING LLC, NL IPCO LLC, and NLHE LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> NL BRAND HOLDINGS LLC, NL BRAND MANAGEMENT LLC, and BLUESTAR ALLIANCE LLC, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendants' name and address)*

    See attached Rider.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Anne C. Vladeck
    Debra L. Raskin
    Allison L. Van Kampen
    Vladeck, Raskin & Clark, P.C.
    565 Fifth Avenue, 9th Floor
    New York, New York 10017

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __10/18/2016__          __/s/ P. Canales__
                                                         *Signature of Clerk or Deputy Clerk*

773255 v1

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy of the individual's last know address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

773255 v1

**RIDER FOR SUMMONS IN A CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NANETTE LEPORE, NANETTE LEPORE CONSULTING LLC,
NL IPCO LLC, and NLHE LLC
v.
NL BRAND HOLDINGS LLC, NL BRAND MANAGEMENT LLC,
and BLUESTAR ALLIANCE LLC,

16 Civ.       (       )

---

1. NL Brand Holdings LLC
   240 Madison Avenue, 15th Floor
   New York, New York 10016

2. NL Brand Management LLC
   240 Madison Avenue, 15th Floor
   New York, New York 10016

3. Bluestar Alliance LLC
   240 Madison Avenue, 15th Floor
   New York, New York 10016

773098 v1